# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1809

_____

United States of America

*Plaintiff - Appellee*

v.

Stephen Eugene White

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 1, 2013
Filed: August 8, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Stephen White directly appeals the eleven-month prison term that the district court[1] imposed upon revoking his supervised release. His counsel has moved to

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

withdraw, and has filed a brief indicating that there is no issue of arguable merit in this case.

Upon careful review, we conclude that the district court imposed a statutorily authorized revocation sentence, given that White's underlying offense was a Class C felony. See 18 U.S.C. § 3583(e)(3) (court may impose revocation sentence of no more than 2 years in prison if underlying offense was Class C felony). We further conclude that the district court's sentencing decision reflects no abuse of discretion. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (court reviews revocation sentencing decisions using same standards as applied to initial sentencing decisions); United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (appellate court reviews revocation sentence for abuse of discretion, ensuring sentence is reasonable); see also United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing ways in which district court might be found to have committed abuse of discretion).

The judgment is affirmed. In addition, we grant counsel's motion to withdraw.

_____